PETER M. ANDERSON *vs.* ANDREW H. KITTELL.

June 15, 1887.

**Appeal—Defective Return.**—The return, upon appeal, not showing the verdict or judgment below, *held,* that the appellant could not be heard. [Rep.

Appeal by defendant from an order of the district court for Hennepin county, *Young,* J., presiding, refusing a new trial.

*Robert Christensen,* for appellant.

*Arthur N. Jordan,* for respondent.

*By the Court.* The return does not disclose what disposition was made of this case on the trial. It does not contain the verdict, judg-

ment, or decision of the court upon such trial. The record is therefore too incomplete to entitle the appellant to be heard upon his exceptions.

Order affirmed.